1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8   ALEXANDER NODARSE,                    No. C 09-4716 MHP (pr)
9            Plaintiff,                   **ORDER**
10        v.
11  BARACK OBAMA (President
    of the United States); et al.,
12
13           Defendants.
    _____/
14
15        This action was dismissed and judgment was entered on November 18, 2009.  On that
16  same date, the court granted plaintiff's application to proceed in forma pauperis.  The matter
17  returns for the court's attention to several miscellaneous motions plaintiff has filed, the first
18  two of which apparently crossed in the mail with the judgment because they were  mailed
19  before the judgment was entered, but were stamped "filed" after the judgment was entered.
20        Plaintiff's "motion for verification" is DISMISSED because it requests no relief.
21  (Docket # 14.)  The motion does not request any relief from the court, but merely reports that
22  plaintiff had sent in the completed in forma pauperis application as he was directed to do.  To
23  the extent plaintiff intended to ask whether the materials reached the courthouse, the answer
24  is that an in forma pauperis application dated October 20, 2009 (with a certificate of funds
25  and inmate trust account statement attached to it) was filed on October 26, 2010.
26        Plaintiff's application to proceed in forma pauperis that was mailed on November 17,
27  2009 and filed on November 30, 2009 is DISMISSED as unnecessary because it was
28  duplicative of an earlier application.  (Docket # 15.)   The court does not construe this

**United States District Court**
For the Northern District of California

application to be an application to proceed <u>in forma pauperis</u> on appeal because (a) at the time plaintiff mailed it, the action had not yet been dismissed and no appeal would have been contemplated, and (b) a notice of appeal was not filed until almost six weeks later. Moreover, plaintiff did not need further authorization to proceed <u>in forma pauperis</u> on appeal in this action. <u>See</u> Fed. R. App. P. 24(a)(3).

Plaintiff's "motion for consideration of appointment of counsel" filed on December 4, 2009 is DENIED. (Docket # 16.) As the court explained when it denied plaintiff's first motion for appointment of counsel, there is no reason to appoint counsel in light of the dismissal of this action. <u>See</u> Order of Dismissal, p. 3. The denial of this motion is without prejudice to plaintiff filing a new motion in the appellate court in his pending appeal.

Plaintiff's motion for a certificate of appealability is DENIED. (Docket # 21.) A certificate of appealability is necessary to appeal from "the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court." 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability is not necessary in this action because it is not a habeas corpus proceeding; plaintiff is appealing the dismissal of a civil rights complaint under 42 U.S.C. § 1983.

IT IS SO ORDERED.

Dated: March 12, 2010

Marilyn Hall Patel
United States District Judge