UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER NODARSE,<br><br>        Plaintiff,<br><br>  v.<br><br>BARAK OBAMA et al,<br><br>        Defendant. | Case Number: CV09-04716 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander Nodarse F-89636
Tallahatchie County Correctional Faciltiy
415 U.S. Highway 49 North
Tutwiler, MS 38963

Dated: March 16, 2010

                                                                                          Richard W. Wieking, Clerk
                                                                                          By: Anthony Bowser, Deputy Clerk